# ALAN S. FUTERFAS
ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 684-8400

ELLEN B. RESNICK
STEPHANIE GUABA

BETTINA SCHEIN
  OF COUNSEL

asfuterfas@futerfaslaw.com

May 23, 2025

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007-1312

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 23, 2025

Re: *United States v. Edward Gray Stiles,* 23-cr-98 (RA)

Dear Judge Abrams:

    This letter is respectfully submitted on behalf of Mr. Edward Gray Stiles to request that the Court amend his current conditions of supervised release from home detention to a 10:00 PM to 6:00 AM curfew until July 25, 2025.

    Mr. Stiles was sentenced by this Court on December 3, 2024, to a term of one month imprisonment followed by two years of supervised release. As part of the sentence, the first five months upon his release were to be served on home detention. Mr. Stiles has completed his term of imprisonment and has been on home detention since February 18, 2025, with good behavior and no violations. He is being supervised by the Probation Department in Richmond, Virginia.[1]

    This letter respectfully requests that Mr. Stiles's current conditions of supervised release be amended from "Home Detention" to "Curfew" for the remaining two months of his five months home confinement until July 25, 2025. Prior to his incarceration, Mr. Stiles was working as an Uber driver. Mr. Stiles needs employment but has not been able to obtain any work from home. He would thus like to continue working as an Uber driver to support himself. The Curfew restriction will allow Mr. Stiles to work to support himself yet still require him to remain at home between the hours of 10:00 PM and 6:00 AM. This schedule will restrict his freedom but will provide Mr. Stiles with scheduling flexibility to work as an Uber driver.

---

[1] We have endeavored, thus far without success, to speak with Mr. Stiles Probation Officer in the Eastern District of Virgina, where Mr. Stiles resides.

The Hon. Ronnie Abrams, U.S.D.J.
May 23, 2025
Page 2

      Therefore, we respectfully request that the Court "So Order" this letter thus amending Mr. Stiles' current supervised release conditions from Home Detention to an 10:00 PM to 6:00 AM Curfew until July 25, 2025.

      The government has no objection to this request.

      Thank you for your consideration of this application.

                                              Respectfully submitted,

                                               /s/   Alan S. Futerfas
                                             Alan S. Futerfas

cc:    All counsel (via ECF)
       U.S. Probation Officer Brooke Baber (via Email)